**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BRENDA REYNA,

Plaintiff,

v.

FEDEX CORPORATION; and DOES 1 to 25, inclusive,

Defendants.

Case No. 8:26-cv-02393-FWS-DSR

**ORDER RE JOINT MOTION TO AMEND THE COMPLAINT, DISMISS PARTY, AND REMAND BACK TO STATE COURT, PURSUANT TO Fed. R. CIV. PRO. § 15, SUBD. (A)(2), AND § 21 [10]**

///

///

///

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Joint Motion to Amend the Complaint, Dismiss Party, and Remand to State Court (Dkt. 10, "Joint Motion"),[1] the court **GRANTS** the Joint Motion and **ORDERS** the following:

1. Plaintiff's claims against Defendant FEDEX CORPORATION in the above-captioned case are **DISMISSED WITH PREJUDICE**; and

2. The above-captioned case is **REMANDED** to Orange County Superior Court as Case Number 30-2026-01575484-CU-PA-NJC.

**IT IS SO ORDERED**.

Dated: September 4, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[1] The Joint Motion is incorporated into this Order by this reference.